# UNITED STATES BANKRUPTCY COURT

## Northern DISTRICT OF Indiana

IN RE:                                                      CASE NO.

**Michael J Clifton**                                      07-40246

**DEBTOR**              **CHAPTER 13**

<u>NOTICE OF TRANSFER OF</u>
<u>PROOF OF CLAIM</u>

**AN OBJECTION TO THIS NOTICE MUST BE FILED WITHIN TWENTY (20) DAYS OF MAILING OF THIS NOTICE.  IF A TIMELY OBJECTION IS NOT FILED WITHIN THIS TIME, THE TRANSFEREE NAMED HEREIN SHALL BE SUBSTITUTED FOR THE TRANSFEROR.**

**COMES NOW, Sallie Mae Inc., on behalf of Texas Guaranateed Student Loan Corp. (the "Transferee") and files this Notice of Transfer of Proof of Claim pursuant to Bankruptcy Rule 3001. Sallie Mae Trust (the "Transferor") filed a Proof of Claim in the above referenced bankruptcy for $86,062.86.  Payments on this claim should now be made to the Transferee at the following address:**

Sallie Mae Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

/s/ Melissa Yateshin

**Agent for Sallie Mae Inc. (Transferor)**
**Authorized Agent of Sallie Mae**

February 18,2008

*Penalty for making a falsestatement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571