# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division at Lafayette

In Re: Debtor(s) (name(s) and address)          )
Michael James Clifton                           )
xxx–xx–8830                                     )
P O Box 6862                                    ) Case Number: 07–40246–reg
Lafayette, IN 47903                             )
                                                )
                                                )
                                                )
                                                )
                                                )
                                                ) Chapter: 13
                                                )
                                                )
                                                )
                                                )
                                                )
                                                )

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT OF CLAIM

To: Texas Guaranteed Student Loan Corp.

Pursuant to Federal Rule of Bankruptcy Procedure 3001, you are hereby notified that on February 18, 2008 :

Sallie Mae, Inc
220 Lasley Ave., Wilkes–Barre, PA 18706

filed a notice that a claim in the amount of $86062.86 previously filed in this case or currently held by:

Texas Guaranteed Student Loan Corp.
P.O. Box 83100, Round Rock, TX 78683–3100

has been transferred or assigned to it.

   If no objections to the notice are filed on or before March 19, 2008 , Sallie Mae, Inc shall be substituted in your place and stead as the claimant. Any objections should be filed with the Clerk at the address set forth below, and a copy served upon the party filing the notice and any trustee serving in the case.

Dated at Lafayette, Indiana on February 20, 2008 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
Charles A. Halleck Federal Building
P.O. Box 558
230 North Fourth Street
Lafayette, Indiana 47902