UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| MICHAEL JAMES CLIFTON | ) | CHAPTER 13 |
|     DEBTOR(S) | ) | CAUSE NO. 07-40246-reg |
| | ) | |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On June 13, 2011, Sallie Mae, Inc, Creditor, by Dilks & Knopik by it's counsel, Alan D. Naggatz, filed a Motion for Unclaimed Funds. In support of the relief requested the motion requests relief under N.D. Ind. L. B. R. B-3011-1. A copy of the Motion is attached to this notice..

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, you may wish to consult one.

If you do not want the court to grant the motion, on or before July 13, 2011, you or your attorney must:

1. File a written objection to the motion, which should explain the reasons for your objection, with the Clerk of the United States Bankruptcy Court at 230 North Fourth Street, Lafayette, IN 47901.

2. You must also mail copies of your objection to:
   Alan D. Naggatz, 175 W. Lincolnway, Suite I, Valparaiso, IN 46383
   Trustee: David A. Rosenthal, PO Box 505, Lafayette, IN 47902
   US Trustee, 100 East Wayne Street, Room 555, South Bend, IN 46601
   US Attorney, 5400 Federal Plaza, Suite 1500, Hammond, IN 46320

If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing.

DATED: June 13, 2011  /s/ Alan D. Naggatz
                      Alan D. Naggatz/17479-64
                      175 W. Lincolnway, Suite I
                      Valparaiso, IN 46383
                      (219) 476-7222

## **CERTIFICATE OF SERVICE**

      I certify that on June 13, 2011, service of true and complete copies of this Notice and Motion to Recover Unclaimed Funds was made upon the following Distribution List herein, electronic filing notice or by depositing the same in the United States Mail, properly addressed with sufficient first class postage affixed.

US Trustee, 100 East Wayne Street, Room 555, South Bend, IN 46601-electronic
Trustee David A. Rosenthal, PO Box 505, Lafayette, IN 47902
US Attorney, 5400 Federal Plaza, Ste 1500, Hammond, IN 46320-1st class mail
Michael James Clifton, c/o Jerry L. Paeth, Legal Clinic of Jerry L. Paeth, 309 North Fifth Street,
      Lafayette, IN 47901

                                              /s/ Alan D. Naggatz
                                              Alan D. Naggatz

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                           )
MICHAEL JAMES CLIFTON            )    CHAPTER 13
    DEBTOR(S)                    )    CAUSE NO. 07-40246-reg
                                 )

## MOTION TO RECOVER UNCLAIMED FUNDS

Comes now, Sallie Mae, Inc, creditor, by Dilks and Knopik, under a power of attorney through its attorney, Alan D. Naggatz, and moves the Court for an Order pursuant to N.D. Ind. L. B. R. B-3011-1 for release of unclaimed funds deposited with the Clerk of the Court pursuant to 11 U.S.C. § 347(a), Fed. R. Bankr. P. 3011 and in support thereof states as follows:

1. The creditor is entitled to distribution of the unclaimed funds in the amount of $18,382.35.

2. That said funds were first sent by the Trustee to Texas Guaranteed Student Loan Corp at PO Box 83100, Round Rock, TX 78683-3100. The said check was returned to the trustee and the check was not cashed as stated in the Notice of Unclaimed Funds filed by the trustee on November 5, 2010. However, the claim had been transferred to Sallie Mae, Inc. on February 18, 2008 per Exhibit C hereto with no objection to the transfer and the trustee's check should have been sent to Sallie Mae, Inc. at 220 Lasley Avenue, Wilkes, PA 18706.

3. The original claim was filed by Sallie Mae Trust c/o Sallie Mae, Inc on June 7, 2007 as evidenced by Exhibit A. On the same day the claim was transferred to Texas Guaranteed Student Loan Corp as evidenced by Exhibit B. On February 18, 2008 the claim was transferred to Sallie Mae, Inc. as evidenced by Exhibit C.

4. The claimant's current mailing address, phone and social security/tax identification number are:

>   Sallie Mae, Inc.
>   Kimberly L. Peace, Supervisor, Bankruptcy Litigation Unit
>   11100 USA Parkway MC-E3149
>   Fishers, IN 46038
>   317-596-1181
>   SSN/TIN: redacted

1

5. Dilks & Knopik, LLC has been appointed by Sallie Mae, Inc. as its Attorney-in-Fact who is duly authorized by the attached Exhibit D original Power of Attorney and supporting documentation to apply for these funds. Dilks & Knopik, LLC is acting through its Attorney, Alan D. Naggatz, to recover these funds on behalf of Sallie Mae, Inc.

6. Applicant has no knowledge that this claim has been previously paid or that any party other than the claimant is entitled to these funds.

7. That notice is served upon the United States Attorney pursuant to Fed. R. Bankr. P. 7004.

8. That the Court take judicial notice of the Trustee's Notice of Deposit of Unclaimed Funds filed November 5, 2010 and Chapter 13 Trustee's Final Report in granting this motion.

9. Wherefore Applicant moves the Court for an Order releasing the unclaimed funds in the amount of $18,382.35 made payable to Sallie Mae, Inc. c/o Dilks & Knopik, LLC, and it's attorney Alan D. Naggatz, 175 W. Lincolnway, Suite I, Valparaiso, IN 46383 and for such other relief is just and proper.

DATED: June 13, 2011                                        Respectfully Submitted,

                                                            /s/ Alan D. Naggatz
                                                            Alan D. Naggatz/17479-64
                                                            175 W. Lincolnway, Suite I
                                                            Valparaiso, IN 46383
                                                            (219) 476-7222

## CERTIFICATE OF SERVICE

I certify that on June 13, 2011, service of true and complete copies of this Motion was made upon the following Distribution List herein, electronic filing notice or by depositing the same in the United States Mail, properly addressed with sufficient first class postage affixed.

US Trustee, 100 East Wayne Street, Room 555, South Bend, IN 46601-electronic
Trustee David A. Rosenthal, PO Box 505, Lafayette, IN 47902
US Attorney, 5400 Federal Plaza, Ste 1500, Hammond, IN 46320-1st class mail
Michael James Clifton, c/o Jerry L. Paeth, Legal Clinic of Jerry L. Paeth, 309 North Fifth Street,
        Lafayette, IN 47901

                                                            /s/ Alan D. Naggatz
                                                            Alan D. Naggatz

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT __NORTHERN__ DISTRICT OF __INDIANA (LAFAYETTE)__ | PROOF OF CLAIM |
|---|---|
| | Loans 3,4 |

| Name of Debtor: **Michael James Clifton** | Case Number: **07-40246-reg** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request of payment of an administrative expense may be filed pursuant to 11 U.S.C. 503.

Name of Creditor
(The person or other entity to whom the debtor owes money or property)

**Sallie Mae Trust**

Name and Addresses Where PAYMENTS and NOTICES Should be Sent

C/O SALLIE MAE, Inc.
220 LASLEY AVE
WILKES-BARRE, PA 18706

Telephone No 570-821-3600

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

316-66-
8830-9
Clm#5

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: **XXX-XX-8830-9**

Check here: ☐ replaces / ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim:**
   ☐ Goods sold
   ☐ Services Performed
   ☒ Money Loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensations (Fill out below)
   Your social security number _____
   Unpaid compensations for services performed
   From _____ to _____
   (date)        (date)

2. **Date debt was incurred:** 03/03/06, 03/03/06

3. **If court judgment, date obtained:**

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   Unsecured Nonpriority Claim  $ **86,062.86**

   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   Unsecured Priority Claim
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority  $ _____

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4)
   ☐ Contributions to an employee benefit plan - U.S.C. § 507(a)(5)

   Secured Claim
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
   Value of Collateral:  $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any:  $ _____

   ☐ Up to $2,255* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a).

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect of cases commenced on or after the date of adjustment.

5. **Total Amount of Claim at Time Case Filed**
   $ ___86,062.86___  _____  _____  ___86,062.86___
   (unsecured)    (secured)    (priority)    (Total)

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. PLUS interest continuing to accrue @ _____ % APR ($_____ per diem)

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

   THIS SPACE IS FOR COURT USE ONLY

7. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase Orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this Claim (attach copy of power of attorney, if any) |
|---|---|
| June 7, 2007 | /s/John M. Grohol  570-821-3600 ext 3540 |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.**Plus any interest that accrues during the pendency of the bankruptcy until the obligation is paid in full. Education loans are nondischargeable pursuant to 11 U.S.C. § 523(a)(8).

Exhibit __A__
Page __1__ of __3__

```
CLASS-111-ACCT BALANCE, AMT DUE, SCHOOL DATA------------- LSC/F           06/07/07
>NXT SCR 111 SSN _____ _____ _ PG ___ OWN ____ ST __ GU __ LN __ DT ___
SSN XXX-XX-8830 9  LOANS PART  PROG SM  STATUS FORA *  GUAR TX   OWNER 833253
NAME(FML) MICHAEL     J  CLIFTON       DOB 05 18 57    OWNER  SLMA TRUST
ADDR 8911 KIRKRIDGE LN                 H PH 765 296 3554 BRNCH ID 4887
CITY LAFAYETTE      ST IN   ZIP 47905 8710 W PH 765 589 3566 DFR INT CD  E
ADDR IND  D      RELEASE INFO  Y LANG                 INT RATE       04.750
VALID ADDR  Y    COS N COM N    AMT OUT      85,895.29 TOT DSB $   85,621.26
COBORR IND  A    NLMA PAYOFF  _ PRIN SUB      1,358.67 PRIN PD        952.60
SEP DATE         GRACE          PRIN NSUB    84,262.69 BR INT PD    3,713.73
SCHOOL   000000  MCS            CAP INT       1,226.53 BR INT YTD     684.39
SCHOOL NOT FOUND                ACC BORR INT    167.57 BR INT PYR   3,029.34
CLHSE  N *BKRT*                 ANTICPD PIF DT 04/02/36 10-DAY PIF 86,201.46
                                LATE CHG AMT     26.90 OTHER CHGS        .00
PRESENT AMT DUE        .00 PMT DUE DT   06/02/08 LAST BR PMT RECVD 02/01/07
FEES ACCRUED      Y     SCH PMT AMT     448.35  AMT OF LST BR PMT    923.60
AMT DELINQUENT         .00 1ST PMT DUE  05/02/06 SCHED TERM              360
DAYS DELINQUENT            RPMT BEG DT  03/03/06 MAX PAYOFF DT     04/02/36
DELINQUENCY DT             COUP GEN DT  03/03/06 ACTUAL PAYOFF DT
CORRESPONDENCE ENTRY       CPP N    CNSL IND             LETTER REQUEST ____
   DATE   SOURCE                          MESSAGE
  060707  LPJMG1  ____ _____ CONT _

PF5=BORR ACTV(112).PF6=BILL(121).PF7=COS/REF(116).PF9=ORG PMT DUE.PF10=LOAN DIR
```

Exhibit A
Page 2 of 3

U.S. Bankruptcy Court, Northern IN - CM/ECF System - Filing Of Claim    Page 1 of 1

# U.S. Bankruptcy Court

## Northern District of Indiana

Notice of Electronic Claims Filing

The following transaction was received from Sallie Mae Inc.(JG), on 6/7/2007 at 8:53 AM EDT

| | |
|---|---|
| **Case Name:** | Michael James Clifton |
| **Case Number:** | 07-40246-reg |
| **Creditor Name:** | Sallie Mae Trust<br>c/o Sallie Mae Inc<br>220 Lasley Avenue<br>Wilkes-Barre, Pennsylvania 18706 |
| **Claim Number:** | 5    Claims Register |// 
| **Total Amount Claimed:** | $86062.86 |

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\lpjmg1\Desktop\clifton poc.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1006806559 [Date=6/7/2007] [FileNumber=8381982-0]
[a2bcde17bccc1e8f21f4473fc180d319bbab5dbbd583c166e310f32a69175a43a865
7e680e0ad4db77c3359d55fa002d880c85225f6977cf38dd662c3954f695]]

**07-40246-reg Notice will be electronically mailed to:**

Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov

Jerry L. Paeth    jerry@legalclinicofjerrypaeth.com

David A. Rosenthal    dar@nlci.com

**07-40246-reg Notice will not be electronically mailed to:**

File another claim

https://ecf.innb.uscourts.gov/cgi-bin/FilingClaims.pl?354517528468541-L_767_3-1    6/7/2007

Exhibit __A__
Page __3__ of __3__

IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE <u>NORTHERN</u> DISTRICT OF <u>INDIANA (LAFAYETTE)</u>

IN RE: <u>Michael James Clifton</u>
SSN: XXX-XX-8830-9             BANKRUPTCY NO: 07-40246-reg
3,4

## ASSIGNMENT OF CLAIM

For a valuable consideration, the receipt of which is hereby acknowledged, Sallie Mae Inc., authorized agent of <u>Sallie Mae Trust</u> does hereby assign, transfer, and set over to Texas Guaranteed Student Loan Corporation its claim of <u>$86,062.86</u> as filed herein against the above named debtor.

Sallie Mae, Inc. specifically waives further notice of any matters in connection with the above and foregoing claim and requests the court to make an order subrogating the above assignee to the rights of Sallie Mae herein. It is further requested that any check respecting this claim be made payable to Texas Guaranteed Student Loan Corporation and be mailed to:

    P.O. Box 83100
    Round Rock, TX 78683-3100

Signed: <u>/s/John M. Grohol</u>
**Authorized Agent of** Sallie Mae, Inc. (Transferor)
220 Lasley Avenue, Wilkes-Barre, PA. 18706
Filed by Transferor pursuant to <u>FRCP-3001 (e) (2). Waives further notice.</u>

    Title: <u>Claims Analyst</u>
    Date: <u>6/7/2007</u>

Signed: <u>/s/John Dismukes</u>
**Agent of Texas Guaranteed Student Loan Corp.** (Transferee)
P.O. Box 83100
Round Rock, TX 78683-3100

    Title: <u>Bankruptcy Team Lead for Guarantor</u>

Exhibit B
Page 1 of 2

U.S. Bankruptcy Court, Northern IN - CM/ECF System                                    Page 1 of 1

## File a Creditor Claims Action:

<u>07-40246-reg Michael James Clifton</u>

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 4 (Hammond Division at Lafayette) |
| Judge: reg | Assets: y | |

**U.S. Bankruptcy Court**

**Northern District of Indiana**

Notice of Electronic Filing

The following transaction was received from Sallie Mae Inc.(JG), entered on 6/7/2007 at 8:54 AM EDT and filed on 6/7/2007
Case Name:       Michael James Clifton
Case Number:     <u>07-40246-reg</u>
**Document Number:** <u>11</u>

**Docket Text:**
Transfer of Claim 5 Filed by Creditor Sallie Mae Inc.(JG). (Sallie Mae Inc.(JG), )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\lpjmg1\Desktop\clifton aoc.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1006806559 [Date=6/7/2007] [FileNumber=8381991-0]
[8be576a0a20f220e9646ed7e89f0be9bea1b32230d7bd544d21524b33e416ec38ce2
02ef44e3635dd9a1136b40679269c526b8b5548a1c63a9d580778b1f928e]]

**07-40246-reg Notice will be electronically mailed to:**

Nancy J. Gargula     USTPRegion10.SO.ECF@usdoj.gov

Jerry L. Paeth       jerry@legalclinicofjerrypaeth.com

David A. Rosenthal   dar@nlci.com

Sallie Mae Inc.(JG)  john.m.grohol@slma.com

**07-40246-reg Notice will not be electronically mailed to:**

Exhibit ___B___
Page ___2__of__2__

https://ecf.innb.uscourts.gov/cgi-bin/Dispatch.pl?813449123441715                    6/7/2007

# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Hammond Division at Lafayette

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Michael James Clifton<br>xxx-xx-8830<br>P O Box 6862<br>Lafayette, IN 47903 | ) <br>) <br>) <br>) Case Number: 07-40246-reg<br>) <br>) <br>) <br>) <br>) <br>) Chapter: 13<br>) <br>) <br>) <br>) <br>) |

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT OF CLAIM

To: Texas Guaranteed Student Loan Corp.

Pursuant to Federal Rule of Bankruptcy Procedure 3001, you are hereby notified that on February 18, 2008 :

Sallie Mae, Inc
220 Lasley Ave., Wilkes-Barre, PA 18706

filed a notice that a claim in the amount of $86062.86 previously filed in this case or currently held by:

Texas Guaranteed Student Loan Corp.
P.O. Box 83100, Round Rock, TX 78683-3100

has been transferred or assigned to it.

If no objections to the notice are filed on or before March 19, 2008 , Sallie Mae, Inc shall be substituted in your place and stead as the claimant. Any objections should be filed with the Clerk at the address set forth below, and a copy served upon the party filing the notice and any trustee serving in the case.

.

Dated at Lafayette, Indiana on February 20, 2008 .

Christopher M. DeToro
Clerk, United States Bankruptcy Court
Charles A. Halleck Federal Building
P.O. Box 558
230 North Fourth Street
Lafayette, Indiana 47902

Exhibit C
Page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

RE: Michael James Clifton           )      Case: 07-40246
                                    )
                                    )      **AUTHORITY TO ACT**
                                    )      **Limited Power of Attorney**
                                    )      **Limited to one Transaction**
          Debtor(s)                 )

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. Sallie Mae, Inc. with a tax identification number of _____, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of $18,382.35 (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____      _Jan 6_____, 20_11_
Kimberly L. Peace - Supervisor, Bankruptcy Litigation Unit    Date

| Tape Signatory's Business Card Here | Affix Corporate Seal Below<br>Or if Corporate Seal Unavailable Sign Affidavit Below:<br><br>*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*<br>T BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the seal for Sallie Mae, Inc. is presently unavailable to the undersigned.<br>Signature and Title _____ |
|---|---|

STATE OF INDIANA )         COUNTY OF Hamilton

On this _16th_ day of _January_, _2011_, before me, the undersigned Notary Public in and for the said County and State, personally appeared Kimberly L. Peace known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC Brent Smith
My Commission expires June 18, 2018





Exhibit D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: ) | |
| ) | Case: 07-40246 |
| Michael James Clifton ) | Chapter: 13 |
| ) | |
| Debtor(s) ) | |

### AFFIDAVIT OF OWNERSHIP

I, Kimberly L. Peace, Supervisor, Bankruptcy Litigation Unit of Sallie Mae, Inc., under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $18,382.35 which is the sum of all monies deposited with the court in the above referenced case on behalf of the creditor, Texas Guaranteed Student Loan Corp.

2. I am an authorized officer of the creditor and have appointed Dilks & Knopik, LLC, as my lawful Attorney-in-Fact, who is duly authorized by the attached original Power of Attorney to file this Application for Payment of Unclaimed Funds.

3. History here: <u>The original claim was filed by Sallie Mae, Inc. as authorized agent of Sallie Mae Trust. On 6/7/2007 the claim was then transferred to Texas Guaranteed Student Loan Corporation. On 2/18/2008 the claim was then assigned back to Sallie Mae, Inc. from Texas Guaranteed Student Loan Corp.</u>

4. Texas Guaranteed Student Loan Corp.'s right to payment has been transferred to Sallie Mae, Inc.

5. Sallie Mae, Inc. is the legal owner of the unclaimed funds and, therefore, entitled to payment of said funds listed herein.

6. The following is my current address and phone number:
   Sallie Mae, Inc.
   Kimberly L. Peace- Supervisor, Bankruptcy Litigation Unit
   11100 USA Parkway MC-E3149
   Fishers, IN 46038
   317-596-1181

7. I pray the Court will accept this Affidavit of Ownership and grant an Order releasing the unclaimed funds pursuant to the Application for Payment of Unclaimed Funds filed by Dilks & Knopik, LLC.

Dated __1/6/2011__   By: _____
                    Kimberly L. Peace- Supervisor, Bankruptcy Litigation Unit

STATE OF __INDIANA__, COUNTY OF __HAMILTON__

On __1/6/2011__ before me, personally appeared (insert name of the signer) __Kimberly L Peace__ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

_Brent E Smith_
Notary Public
My commission expires on __6/18/2018__


BRENT E. SMITH
Notary Public, State of Indiana
Marion County
My Commission Expires
June 18, 2018

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

RE:                                    )
    Michael James Clifton        )  Case: 07-40246
                                       )
                                       )
    Debtor(s)                     )

## STATEMENT OF AUTHORITY

The undersigned being duly sworn states that Kimberly L. Peace, Supervisor, Bankruptcy Litigation Unit of Sallie Mae, Inc. is authorized to execute claim documents and granted authority to collect unclaimed funds for Sallie Mae, Inc. and its subsidiaries under authority of Sallie Mae, Inc's operating agreement in submitting the Affidavit of Ownership.

Dated: 1/6/2011

Name: Brent Smith
Title: Director, Bankruptcy Litigation Unit
Sallie Mae, Inc.
11100 USA Parkway  MC-E3149
Fishers, IN 46038

STATE OF Indiana, COUNTY OF Hamilton

On Jan 6, 2011 before me, personally appeared *(insert name and title of the signer)* Brent Smith, Director personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

Notary Public

My commission expires on

KIMBERLY L. PEACE
Notary Public, State of Indiana
Hancock County
My Commission Expires
June 18, 2018