UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                                  )
MICHAEL JAMES CLIFTON                   )    CHAPTER 13
    DEBTOR(S)                           )    CAUSE NO. 07-40246-reg
                                        )

**ORDER ON UNCLAIMED FUNDS**

The Court having reviewed the Motion of Creditor, Sallie Mae, Inc., to release unclaimed funds to its attorney-in-fact through its counsel and the Court finds that N.D. Ind. L.B.R. B-3011-1 had been compiled with by counsel. The Court finds that Creditor is entitled to the funds and that the right to payment of the funds has not been transferred or assigned to any other entity. Further that no objection has been raised by the United States Attorney. The Court Orders the release of unclaimed funds deposited with the Clerk of the Court in the amount of $18,382.35 be paid over to the Creditor care of his attorney-in-fact Dilks & Knopik, LLC and its attorney Alan D. Naggatz.

Dated: _____                  _____
                                        Robert E. Grant
                                        United States Bankruptcy Judge

Distribution:
Alan D. Naggatz
David A. Rosenthal, Trustee
U.S. Trustee
U.S. Attorney
Michael James Clifton